IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORMA GUDELJ,

      Plaintiff,

v.                                                                                Case No. 1:19-cv-00014 KG-JFR

VITALITY WORKS, INC. and
MITCHELL COVEN,

      Defendants.

## **ORDER OF DISMISSAL**

THIS MATTER, having come before the Court upon the Stipulation of Dismissal ("Stipulation") filed by Plaintiff Norma Gudelj ("Plaintiff") and Defendants Vitality Works, Inc. and Mitchell Coven (together, "Defendants"), and the Court, having reviewed the Stipulation and being fully advised in the premises, FINDS and CONCLUDES that:

    1.    The Court has jurisdiction over the parties to and the subject matter of the above-captioned cause of action;

    2.    The Stipulation is well taken and should be approved.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Stipulation shall be and hereby is approved and that the above-captioned cause of action shall be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

APPROVED:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Charles J. Vigil*
      Charles J. Vigil
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395
cvigil@rodey.com
*Attorneys for Defendants*

LANDRY & LUDEWIG, LLP

By  *Approved via e-mail 1/29/2020*
    Stephanie Landry
300 10th St., SW
Albuquerque, NM 87102
Telephone: (505) 243-6100
FAX: (505) 243-8255
slandry@lanlud.com
*Attorneys for Plaintiff*